[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13518
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cr-00338-CEH-JSS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY CHANCE COX,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 16, 2019)

Before TJOFLAT, JORDAN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel for Larry Chance Cox in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cox's conviction and sentence are **AFFIRMED**.

We recognize that Cox alleged below that his retained counsel provided ineffective assistance at sentencing. Because claims of ineffective assistance of counsel are best presented in a 28 U.S.C. § 2255 motion rather than on direct appeal, we decline to consider these claims at this time, *see Massaro v. United States*, 538 U.S. 500, 504–05, 508 (2003), though Cox is free to raise these allegations on collateral review in a § 2255 motion.